IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. CR 05-121-S-LMB |
| | ) | |
| v. | ) | |
| | ) | SCHEDULING ORDER |
| CRYSTAL D. KIRK, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED:

1.     A two day court trial is hereby set to commence at 9:00 A.M. at the United States

Courthouse in Boise, Idaho on August 2, 2005.

2.     All pretrial motions shall be filed no later than July 20, 2005.

3.     Not later than three (3) days before trial counsel, or the party(s) if not represented by

counsel, shall serve on all parties:

(A)  Exhibits and Exhibit List.  Plaintiff's exhibits should be numbered and listed

starting with "1".  Defendant's exhibits should be lettered and listed starting with "A".  One copy

of each numbered or lettered, copyable exhibit shall be provided to opposing counsel.  A form of

exhibit list is attached.

(B)   Witness List.  List all witnesses to be called, showing name, address and

occupation, together with a brief statement setting forth the full substance of the anticipated

SCHEDULING ORDER - 1

testimony.  Also give a time estimate for the direct testimony of each witness.  (Sample witness list attached.)

Each item above should be a separately stapled document, do not staple different items together.

4.      Not later than three (3) days before trial, each party shall serve and file (original to clerk and copy to the court) a trial brief.

5.      Except for good cause shown, no exhibit(s) or testimony will be received in evidence at trial unless presented in accordance with this order.

6.      On or before the last business day before trial, the parties shall submit to the Court all exhibits, exhibit lists and witness lists to the U.S. Courthouse in Boise, Idaho.

Two copies of each exhibit shall be provided to the Court in a three ring binder, with each exhibit being tabbed with the appropriate letter or number.

A descriptive list of all exhibits proposed to be offered into evidence shall be provided to the Court.  The list shall state which exhibit(s) shall be received into evidence without objection and those to which no objection will be made on grounds other than irrelevancy or immateriality.

Impeachment exhibits will be marked, sealed and delivered only to the court, these should be listed on your exhibit list as "impeachment exhibit."

DATED:  **June 1, 2005**.

Honorable Larry M. Boyle
Chief U. S. Magistrate Judge

# UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO
### (PLAINTIFF'S/DEFENDANT'S) EXHIBIT LIST

_____  v.  _____

Case Number: _____

| Presiding Judge: HON. LARRY M BOYLE | Plaintiff's Attorney: | Defendant's Attorney: |
|---|---|---|
| Trial Date: | Court Reporter/Recorder: | Courtroom Deputy: LYNETTE CASE |

| Plf No | Def No | Date Offered | Marked | Admitted | | | Admitted | Description |
|---|---|---|---|---|---|---|---|---|
| | | | | Stipulation | Authenticity | Foundation | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Page ____ of ____ Pages

# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

### (PLAINTIFF'S/DEFENDANT'S) WITNESS LIST

_____  v.  _____

Case Number: _____

| Presiding Judge: HON. LARRY M. BOYLE | Plaintiff's Attorney: | Defendant's Attorney: |
|---|---|---|
| Trial Date: | Court Reporter/Recorder: | Courtroom Deputy: LYNETTE CASE |

| NAME | ADDRESS & PHONE NUMBER | OCCUPATION | ESTIMATE OF TIME FOR DIRECT EXAM | SUBSTANCE OF TESTIMONY |
|---|---|---|---|---|
| John Doe | P.O. Box 1234 Boise, ID 83724 208-334-9010 | Security Employee | 1 hour | Testify to the knowledge of conduct of other individuals similar to that of the plaintiffs. |
| Jane Doe | 550 W Fort St Boise, ID 83724 208-334-1361 | Economist | 2 hours | Testify to economic damages |

Page ____ of ____ Pages